UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Sarath Mom,**<br>　　　**Debtor.**<br><br>**Lakeview Loan Servicing, LLC,**<br>　　　**Movant,**<br><br>v.<br><br>**Sarath Mom,**<br>　　　**Debtor/Respondent,**<br><br>**KENNETH E. WEST, Esquire,**<br>　　　**Trustee/Respondent.** | **Bankruptcy No. 22-12824-mdc**<br><br>**Chapter 13**<br><br>**Related Doc.: 21** |

**ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF**

AND NOW, this 21st day of August, 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge