**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sarath Mom                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12824 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Mark A. Cronin*
                                         Mark Cronin
                                         20 Nov 2023, 16:15:25, EST

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322