```
          IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                          :  Chapter 13

   Sarath Mom                      :  Case No. 22-12824-mdc

        Debtor(s)
```

OBJECTION TO CERTIFICATE OF DEFAULT OF
LAKEVIEW LOAN SERVICING, LLC AND CERTIFICATE OF SERVICE

Debtor, by his counsel, object to the certificate of default of LAKEVIEW LOAN SERVICING, LLC and requests the Court not enter a relief order and to please hold a hearing due to the following:

Debtor has paid the money and only owes the February payment. The allegations of the amount of the default does not add up based on what the mortgage company has said on the phone.

```
                              /s/David M. Offen
                              David M. Offen
                              Attorney for Debtor
                              The Curtis Centter
                              601 Walnut Street, Suite 160
                              Philadelphia, Pa. 19106
                              215-625-9600
                              info@offenlaw.com
```

A copy of this Objection is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.