*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sarath Mom
    Debtor(s)

Case No: 22−12824−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor Sarath Mom's Objection to Certification of Default filed by Creditor LAKEVIEW LOAN SERVICING, LLC

    on: 3/12/24

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/21/24

Timothy B. McGrath
Clerk of Court

54 − 53
Form 167