# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sarath Mom  Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC,  Movant  vs. | |
| Sarath Mom  Debtor(s) | NO. 22-12824 MDC |
| Kenneth E. West  Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Lakeview Loan Servicing, LLC, which was filed with the Court on or about February 15, 2024, Document No. 52.

Dated: April 8, 2024

                                        Respectfully submitted,

                                        /s/Michael P. Farrington
                                        Michael P. Farrington, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322
                                        mfarrington@kmllawgroup.com