United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12824-amc |
| Sarath Mom | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarath Mom, 1630 Benner Street, Philadelphia, PA 19149-3434 |
| 14832889 | + | Lakeview Loan Servicing, LLC, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14734502 | + | PHEAA, PO Box 1375, Buffalo NY 14240-1375 |
| 14730367 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021m, Norfolk, VA 23541 |
| 14730096 | + | Temple Faculty Physicians, 3401 North Broad Street, Philadelphia, PA 19140-5103 |
| 14730097 | | Temple Physicians Inc., P.O. Box 820933, Philadelphia, PA 19182-0933 |
| 14730098 | | Temple Physicians Inc., P.O. Box 824055, Philadelphia, PA 19182-4055 |
| 14730099 | | Temple Univeristy Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |
| 14730100 | + | Temple University Hospital, 3401 N. Broad Street, 1st Floor, Philadelphia, PA 19140-5189 |
| 14730101 | | Temple University Hospital, Broad & Ontario Streets, Philadelphia, PA 19140 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 19 2024 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Aug 19 2024 23:57:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 19 2024 23:57:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14730081 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 19 2024 23:57:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 14733494 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 19 2024 23:57:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14730082 | + | Email/Text: bncnotifications@pheaa.org | Aug 19 2024 23:57:00 | Aes/cit Ed, Pob 61047, Harrisburg, PA 17106-1047 |
| 14739043 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 00:10:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14730083 | + | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 00:10:23 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14730086 | | Email/Text: megan.harper@phila.gov | Aug 19 2024 23:57:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |

Case 22-12824-amc   Doc 66   Filed 08/21/24   Entered 08/22/24 00:42:17   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14750992 | | Email/Text: megan.harper@phila.gov | Aug 19 2024 23:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14772457 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 19 2024 23:57:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN, 55116-0408 |
| 14730087 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 19 2024 23:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14730085 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2024 00:10:36 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14742373 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 00:10:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14832736 | ^ | MEBN | Aug 19 2024 23:52:57 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14813931 | | Email/Text: amps@manleydeas.com | Aug 19 2024 23:57:00 | Lakeview Loan Servicing, LLC, c/o Alyk L. Oflazian, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14792390 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 23:57:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 14737105 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2024 23:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14730088 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2024 23:57:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14730089 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 23:57:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14745458 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 23:57:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 14735475 | + | Email/Text: RASEBN@raslg.com | Aug 19 2024 23:57:00 | NATIONSTAR MORTGAGE LLC, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14745973 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 23:57:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Dept., PO Box 619094, Dallas, TX 75261-9094 |
| 14734218 | + | Email/Text: bncnotifications@pheaa.org | Aug 19 2024 23:57:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14730090 | | Email/Text: CollectionsDept@PFCU.COM | Aug 19 2024 23:57:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14730084 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 23:57:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14743524 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 23:57:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14735190 | + | Email/Text: RASEBN@raslg.com | Aug 19 2024 23:57:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14730094 | + | Email/Text: DeftBkr@santander.us | Aug 19 2024 23:57:00 | Santander Bank, 10-64-38-Fd7, 601 Penn Street, Reading, PA 19601-3563 |
| 14736209 | + | Email/Text: DeftBkr@santander.us | Aug 19 2024 23:57:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14730196 | ^ | MEBN | Aug 19 2024 23:53:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14730095 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 20 2024 00:10:35 | Synchrony Bank/Old Navy, Po Box 965005, |

Case 22-12824-amc    Doc 66    Filed 08/21/24    Entered 08/22/24 00:42:17    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5005 |
| 14730102 | + | Email/Text: bankruptcy@towerfcu.org | Aug 19 2024 23:57:00 | Tower Federal CU, Attn: Bankruptcy, Po Box 123, Annapolis Junction, MD 20701-0123 |
| 14731190 | + | Email/Text: bankruptcy@towerfcu.org | Aug 19 2024 23:57:00 | Tower Federal Credit Union, 7901 Sandy Spring Road, Laurel, MD 20707-3589 |
| 14730103 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 19 2024 23:57:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14742609 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 19 2024 23:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14742761 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 19 2024 23:57:00 | Toyota Motor Credit Corporation, PO Box 9490, Cedar Rapids, Iowa 52409-9490 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14730091 | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14730092 | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14730093 | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |
| DAVID M. OFFEN | on behalf of Debtor Sarath Mom dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 19, 2024 | Form ID: pdf900 | Total Noticed: 48

MICHELLE L. MCGOWAN
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SARATH MOM<br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 22-12824-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 16, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge